**Order entered September 12, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00980-CV

### IN RE TUNAD ENTERPRISES, INC., Relator

**Original Proceeding from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-00618-2016**

## ORDER
Before Justices Bridges, Brown, and Boatright

Before the Court is relator's motion to amend petition for writ of mandamus. The Court accepted and filed the amended petition and the appendix to the amended petition on September 7, 2018. We, therefore, **DENY** the motion as moot.

/s/    JASON BOATRIGHT
        JUSTICE